LisA BentLey
1901 N. Dupont Hwy.
New Castle, De. 19720





Judge Gregory M. Sleet
Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570

19801+3519 12

March 22, 2005

Dear Judge Gregory M. Slat,

I am without funds here at the Delaware Psychiatric hospital and I could not get a copy of any legal documentation from the Baylor Womens Correctional Institute. The prison knows they were wrong to withhold my medication from me + now I'm here at a far worse place when I could be released as my bail has been paid but a Doctor wont release me. This was all needless due to WCI not allowing me my correct medication. I apologize I don't have the money for the forma Pauperis nor the forms to fill out for the same. Please find Delores J. Baylor Womens Correctional facility to blame for my complaints. I was also wrongly placed in isolation for 5 days and then placed in medical isolation in a velcro clown suit for 5 days needlessly. It was a horrible traumatic experience that I was repeatedly stripped nude of my clothing while slowly shackled + unshackled + handcuffed when I could have very easily dressed + undressed myself, and it did not require 10 guards to do so.

Lisa D. Bentley
1901 N. Dupont Hwy,
New Castle, De, 19720

FILED
APR - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-93 GMS