IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LISA DAWN BENTLEY,       )
                       )
        Plaintiff,    )
                       )
        v.             ) Civ. No. 05-093-GMS
                       )
PAT RYAN WARDEN OF DOLORES J. )
BAYLOR CORRECTIONAL FACILITY, )
                       )
        Defendant.    )

**ORDER DENYING MOTION FOR RECONSIDERATION**

WHEREAS, the plaintiff, Lisa Dawn Bentley, is a prisoner incarcerated at the Delaware Psychiatric Center in New Castle, Delaware, and on February 17, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, without an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of her trust account statement;

WHEREAS, at the time she filed this complaint, the plaintiff was incarcerated at the Baylor Women's Correctional Institution;

WHEREAS, on March 8, 2005, the court ordered the plaintiff to file an application for leave to proceed in forma pauperis, and a certified copy of her trust account statement within thirty (30) days from the date the order was sent, or the case would be dismissed (D.I. 3);

WHEREAS, on April 6, 2005, the court received the

plaintiff's letter motion for reconsideration asking the court
waive the filing fee and stating that she does not have access to
her trust account statement (D.I. 4);

WHEREAS, the plaintiff may request a certified copy of
her trust account statement from the Baylor Women's Correctional
Institution by directing her request to Ms. Brenda Brown, 666
Baylor Blvd., New Castle, DE 19720;

WHEREAS, the plaintiff may also obtain a certified copy
of her trust account statement from the facility where she is
currently incarcerated;

THEREFORE, at Wilmington this 25th day of _April_,
2005, IT IS ORDERED that the plaintiff's request is DENIED.  The
plaintiff shall file an application for leave to proceed in forma
pauperis and a certified copy of her trust account statement
within thirty days from the date this order is mailed.  If the
plaintiff fails to file the required documents in the time
provided, the court shall dismiss the action without prejudice.

United States District Judge