IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LISA DAWN BENTLEY,              )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civ. No. 05-093-GMS
                                )
PAT RYAN WARDEN OF DOLORES J.   )
BAYLOR CORRECTIONAL FACILITY,   )
                                )
        Defendant.              )

FILED
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 8, 2005, this Court entered an order requiring the plaintiff to file within thirty days, a request to proceed in forma pauperis and a certified copy of her trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, on April 25, 2005, this Court denied the plaintiff's letter motion for reconsideration, and ordered her to file the required documents within thirty days, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 14th day of June, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                                                  /s/
                                                      United States District Judge